*COURT COPY ORIGINAL Um*

ATTORNEY NUMBER PRO SE 99500

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | )Case No: 1:11-CV-00861 |
| | ) |
| BIG SCORE ENTERTAINMENT | ) |
| Defendant. | ) |
| | ) |
| ERICA CHRISWELL | ) |
| Plaintiff, | )Judge: Edmond Chang |
| | ) |
| v. | ) |
| | ) |
| BIG SCORE ENTERTAINMENT | ) |
| | ) |
| Defendant, | ) |
| | ) |

*FILED*

*MAY 08 2012*
*THOMAS G. BRUTON*
*CLERK, U.S. DISTRICT COURT*

## MOTION FOR ORDER OF JUDGMENT IN FAVOR OF THE PLAINTIFF BASED ON FRAUD BY THE ATTORNEYS FOR DEFENDANT BIG SCORE ENTERTAINMENT OR IN THE LATER PLAINTIFF ASK THAT 1ST SUMMONS AND COMPLAINT BE ENTERED INTO THE DOCKET AS HAVING BEEN SERVED ON THE CORRECT ATTORNEY OF RECORD.

1. On 3/21/12 Roche and Pia accepted service of complaint and summons from Erica Chriswell in this action 1:11-CV-00861. (See Exhibit 1 Executed Usm-285)
2. On3/21/12 Roche and Pia entered a motion to withdraw as Attorney for Big Score Entertainment in the Connecticut Case Big Score Entertainment vs. Chriswell case #3:10-CV-01993. (See Exhibit 2 Docket Entry 30 in Case 3:10-cv-01993)
3. On 3/28/12 Judge Haight denied without prejudice to refilling the Motion to Withdraw as Attorney. Therefore Roche and Pia are still acting as counsel for Big Score Entertainment in light of this information we now know that service was effected and completed on the correct persons and attorney's for BigScore Entertainment. (See Exhibit 3 Docket Entry 31 in Case 3:10-cv-01993)

I Pray the Good Court Grants Judgment in favor of the Plaintiff or in the least order a correction to the record finding that the correct attorney of Record Roche Pia LLC. had indeed been correctly served in this action and proof of service has been accepted by this court.

*Erica M. Chriswell 5/5/12*

**Erica M. Chriswell          Date**
**8046 Narragansett**
**Burbank, IL. 60459**
**(312)656.1319**

Signed in Burbank, Illinois on 5/5/12.

# EXHIBIT 1

## U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERICA CHRISWELL | 11CV861 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ROCHE PIA FOR BIG SCORE ENT. | S/P |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ROCHE PIA LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Two Corporate Dr. #248 SHELTON, CT 06484.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERICA M CHRISWELL
8076 Narragansett
Burbank, IL 60459

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                        Fold

— IFP Granted —

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Erica M Chriswell | | 312 656 1319 | Feb 29, 2012 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 24 | No. 14 | | 3/7/12 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Lesa Ryder Paralegal

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 3/21/12 | 3:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $55 | | | $55 | | 0 | |

REMARKS:

NOTE

FORM USM-285 (Rev. 12/15/80)
PRIOR EDITIONS
3. NOTICE OF SERVICE

# EXHIBIT 2

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:10-cv-01993-CSH

Big Score Entertainment, LLC v. Chriswell
Assigned to: Judge Charles S. Haight, Jr
Demand: $75,000
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 12/20/2010
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Big Score Entertainment, LLC**

represented by **Brian C. Roche**
Roche Pia LLC
Two Corporate Dr., Suite 248
Shelton, CT 06484
203-944-0235
Email: broche@rochepia.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald C. Pia , Jr.**
Roche Pia LLC
Two Corporate Dr., Suite 248
Shelton, CT 06484
203-944-0235
Fax: 203-567-8033
Email: gpia@rochepia.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Erica M. Chriswell**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2010 | 1 | COMPLAINT against Erica M. Chriswell, filed by Big Score Entertainment, LLC.(Payton, R.) (Entered: 12/21/2010) |
| 12/20/2010 | | Filing fee received from Roche Pia LLC: $ 350.00, receipt number CTXB00000087 (Payton, R.) (Entered: 12/21/2010) |
| 12/20/2010 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 3/20/2011. Amended Pleadings due by 2/18/2011 Discovery due by 6/21/2011 Dispositive Motions due by 7/21/2011. Signed by Clerk on 12/20/2010. (Payton, R.) (Entered: 12/21/2010) |

| 12/20/2010 | 3 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Christopher F. Droney on 12/20/2010. (Payton, R.) (Entered: 12/21/2010) |
| --- | --- | --- |
| 12/20/2010 | 4 | NOTICE of Appearance by Brian C. Roche on behalf of Big Score Entertainment, LLC (Payton, R.) (Entered: 12/21/2010) |
| 12/20/2010 | 5 | NOTICE of Appearance by Gerald C. Pia, Jr on behalf of Big Score Entertainment, LLC (Payton, R.) (Entered: 12/21/2010) |
| 12/20/2010 | 6 | Corporate Disclosure Statement by Big Score Entertainment, LLC. (Payton, R.) (Entered: 12/21/2010) |
| 12/20/2010 | 7 | AO 120 Report on the Filing of An Action re: Patent or Trademark Form Completed (Attachments: # 1 Complaint) (Payton, R.) (Entered: 12/21/2010) |
| 12/20/2010 | 8 | Summons Issued as to Erica M. Chriswell. Counsel receiving this electronic notice should download the attached summons for service in accordance with Fed.R.Civ.P. 4 and LR 4. (Payton, R.) (Entered: 12/21/2010) |
| 12/20/2010 | 9 | NOTICE TO COUNSEL: Counsel initiating or removing this action is responsible for serving all parties with attached documents and copies of 3 Electronic Filing Order, 4 Notice of Appearance filed by Big Score Entertainment, LLC, 2 Order on Pretrial Deadlines, 6 Corporate Disclosure Statement filed by Big Score Entertainment, LLC, 1 Complaint filed by Big Score Entertainment, LLC, 5 Notice of Appearance filed by Big Score Entertainment, LLC. Signed by Clerk on 12/20/2010. (Payton, R.) (Entered: 12/21/2010) |
| 12/21/2010 | 10 | DEMAND for Trial by Jury by Big Score Entertainment, LLC. (Pia, Gerald) (Entered: 12/21/2010) |
| 01/11/2011 | 11 | SUMMONS Returned Executed by Big Score Entertainment, LLC. Erica M. Chriswell served on 1/6/2011, answer due 1/27/2011. (Pia, Gerald) (Entered: 01/11/2011) |
| 01/28/2011 | 12 | MOTION for Default Entry 55(a) as to Erica M. Chriswell by Big Score Entertainment, LLC. (Pia, Gerald) (Entered: 01/28/2011) |
| 01/28/2011 | 13 | ORDER granting 12 Motion for Default Entry 55(a) Motion for default judgment due by 2/27/2011. A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.. Signed by Clerk on 2/8/11. (Johnson, D.) (Entered: 02/08/2011) |
| 02/17/2011 | 14 | Supplemental SUMMONS Returned Executed by Big Score Entertainment, LLC. (Pia, Gerald) (Entered: 02/17/2011) |
| 02/17/2011 | 15 | MOTION for Default Judgment as to Erica M. Chriswell by Big Score Entertainment, LLC. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) (Pia, Gerald) (Entered: 02/17/2011) |
| 02/17/2011 | 16 | Memorandum in Support re 15 MOTION for Default Judgment as to Erica M. Chriswell filed by Big Score Entertainment, LLC. (Attachments: # 1 Exhibit 1 |

| | | |
|---|---|---|
| | | - Affidavit of Process Server, # 2 Exhibit 2 - Summons Returned Executed, # 3 Exhibit 3 - USPS Delivery Confirmation, # 4 Exhibit 4 - Complaint (Illinois Action))(Pia, Gerald) (Entered: 02/17/2011) |
| 02/22/2011 | 17 | Notice & MOTION to Dismiss on Basis of Invalid Service Necessary to Give the Court Jurisdiction by Erica M. Chriswell.Responses due by 3/15/2011 (Gothers, M.) (Entered: 02/24/2011) |
| 02/25/2011 | 18 | NOTICE TO COUNSEL OF E-FILE CALENDAR: **DEFAULT JUDGMENT HEARING is set for 3/14/2011 at 10:00 AM** in North Courtroom, 2nd Floor, 450 Main St., Hartford, CT before Judge Christopher F. Droney. Each side will have 20 minutes for argument. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. (Szczygiel, G.) (Entered: 02/25/2011) |
| 03/11/2011 | 19 | ORDER continuing default judgment hearing for March 14, 2011, to a date in the future in light of Defendant's filing of Docket number 17. Docket number 17 shall be interpreted as a motion to reopen the default, and Plaintiff shall have 21 days in which to respond to it. Signed by Judge Christopher F. Droney on 3/11/11. (Droney, Christopher) (Entered: 03/11/2011) |
| 03/31/2011 | 20 | Memorandum in Opposition *to Motion to Reopen, or, in the alternative, Objection to Motion to Dismiss* re 17 MOTION to Dismiss filed by Big Score Entertainment, LLC. (Pia, Gerald) (Entered: 03/31/2011) |
| 05/05/2011 | 21 | Amendment to MOTION to Dismiss on Basis of Invalid Service Necessary to Give the Court Jurisdiction - manually filed attached Exhibit 8 - CD of phonecall by Erica M. Chriswell.Responses due by 5/26/2011 (Gothers, M.) Modified on 5/10/2011 - edit in the text manually filed Exhibit 8 - CD of phone call (Gothers, M.). (Entered: 05/10/2011) |
| 05/10/2011 | 22 | Docket Entry Correction re 21 MOTION to Dismiss modified: edited into the text manually filed Exhibit 8 - CD of phone call. (Gothers, M.) (Entered: 05/10/2011) |
| 05/25/2011 | 23 | RESPONSE re 21 MOTION to Dismiss filed by Big Score Entertainment, LLC. (Attachments: # 1 Exhibit A)(Pia, Gerald) (Entered: 05/25/2011) |
| 08/09/2011 | 24 | ORDER denying 15 Motion for Default Judgment; denying 17 Motion to Dismiss. he Defendant shall answer the complaint within 21 days. Signed by Judge Christopher F. Droney on 8/9/11. (Droney, Christopher) (Entered: 08/09/2011) |
| 08/09/2011 | 25 | ORDER directing the Clerk to mail Order #24 to the Defendant at the following address: 8046 Narragansett, Burbank,Illinois 60459. Signed by Judge Christopher F. Droney on 8/9/11. (Droney, Christopher) (Entered: 08/09/2011) |
| 08/25/2011 | 26 | MOTION to Quash Summons on Basis of Invalid Service and Court Lacking Personal Jurisdiction Over Non-Resident Defendant by Erica M. Chriswell.Responses due by 9/15/2011 (Gothers, M.) (Entered: 08/25/2011) |
| 08/31/2011 | 27 | OBJECTION re 26 MOTION to Quash filed by Big Score Entertainment, LLC. (Pia, Gerald) (Entered: 08/31/2011) |

| 08/31/2011 | 28 | Second MOTION for Default Judgment as to Erica M. Chriswell, MOTION for Cost and Fees (Responses due by 9/21/2011, ) by Big Score Entertainment, LLC. (Pia, Gerald) (Entered: 08/31/2011) |
| 12/15/2011 | 29 | ORDER OF TRANSFER. Case reassigned to Judge Charles S. Haight, Jr for all further proceedings. Signed by Clerk on 12/15/11. (Bauer, J.) (Entered: 12/15/2011) |
| 03/21/2012 | 30 | MOTION for Gerald C. Pia, Jr., and Brian C. Roche to Withdraw as Attorney by Big Score Entertainment, LLC. (Pia, Gerald) (Entered: 03/21/2012) |
| 03/28/2012 | 31 | ELECTRONIC ORDER denying without prejudice to refiling 30 Motion to Withdraw as Attorney. The attention of counsel is directed to Rule 7(e) of the Local Rules of this Court with respect to the requirements for withdrawal of appearances where the party has failed to engage other counsel or file a pro se appearance. Signed by Judge Charles S. Haight, Jr on March 28, 2012. (Caldwell, M.) (Entered: 03/28/2012) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/30/2012 11:16:22 | | |
| PACER Login: | ka0242 | Client Code: | Big Score |
| Description: | Docket Report | Search Criteria: | 3:10-cv-01993-CSH |
| Billable Pages: | 3 | Cost: | 0.24 |