## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Erica Chriswell

                Plaintiff,

v.                                                    Case No.: 1:11–cv–00861
                                                    Honorable Edmond E. Chang

Big Score Entertainment LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Pursuant to settlement by the parties, this case is dismissed without prejudice, with full leave to reinstate by 10/15/2014. If there is no motion to reinstate by 10/15/2014, then the dismissal will automatically convert to a dismissal with prejudice, without any further action by the Court. Civil case terminated. All motions are terminated as moot. Status hearing of 05/05/2014 is vacated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.